**Bennie Ray SMITH, Appellant,**

v.

**Regina Gay SMITH, Appellee.**

No. 01–02–01193–CV.

Court of Appeals of Texas, Houston (1st Dist.).

May 22, 2003.

Bennie Ray Smith, Huntsville, pro se.

Regina Gay Smith, Huntsville, pro se.

Panel consists of Chief Justice RADACK and Justices HEDGES and NUCHIA.

## OPINION

PER CURIAM.

This is an appeal from a judgment signed October 9, 2002. Appellant has invoked the jurisdiction of this Court by filing a notice of appeal, but he has not paid the appellate filing fee. On January 21, 2002, this Court ordered that unless, within 15 days of the date of the order, appellant paid the appellate filing fee, his appeal would be dismissed. The 15 days have expired and appellant has not paid the appellate filing fee.

Accordingly, we **dismiss** the appeal.